UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | No. 2:14-cv-1645 KJM AC |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| TERIYAKI CHICKEN EXPRESS, INC., | |
| Defendant. | |

On November 4, 2014, this matter was referred by Minute Order to the magistrate judge for a settlement conference, scheduled for January 22, 2015. ECF No. 8. The parties, both of whom are represented by counsel, were ordered (1) to submit confidential settlement conference statements to chambers via email at least seven calendar days before the settlement conference, and (2) to e-file a Notice of Submission of Confidential Settlement Conference Statement. Id. In the event a party did not agree to waive disqualification as provided by E.D. Cal. R. 270(b), it was ordered to file written notification within seven days of the date of the Minute Order. Id.

To date, one day before the scheduled conference and 78 days after the Minute Order was issued, and in apparent defiance of the court's Minute Order, defendant still has not emailed the required settlement conference statement, nor e-filed the required notice that the statement was emailed, nor filed a notification (if applicable) that it did not waive disqualification.

Accordingly, IT IS HEREBY ORDERED that defendant's counsel, Scott Adrian

1

Tibbedeaux, Esq., is ORDERED to SHOW CAUSE, in writing, within seven (7) days of the date of this order, why he should not be sanctioned for failure to comply with this court's order of November 4, 2014 (ECF No. 8). See E.D. Cal. R. 110.

The settlement conference scheduled for January 22, 2015, is VACATED from the court's calendar.

DATED: January 21, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE