UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson** <br><br> Plaintiff, <br><br> v. <br><br> **Teriyaki Chicken Express, INC., a California Corporation;** and Does 1-10, <br><br> Defendants, | Case No. 2:14-CV-01645-KJM-AC <br><br> **ORDER** |

GOOD CAUSE SHOWN, and pursuant to the agreement of the parties, Judgment is entered in favor of Plaintiff in the amount of $12,133.83.

Date: November 14, 2017.

_____
UNITED STATES DISTRICT JUDGE

1
ORDER    Case No. 2:14-CV-01645-KJM-AC